**Opinion issued July 16, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-26-00304-CV

———————————

## IN RE MEGHAN MARIE THOMEER, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Meghan Marie Thomeer, filed a "Petition for Writ of Habeas Corpus or, Alternatively, Petition for Writ of Mandamus," challenging the trial court's February 27, 2026 "Order of Enforcement by Contempt and Suspension of Commitment (Possession or Access)."[1] On the motion of relator, on April 6, 2026,

---

[1] The underlying case is *In the Matter of the Marriage of Meghan Marie Thomeer and Dakar Jerome Rothberg*, Cause No. 2015-64045, in the 245th District Court of Harris County, Texas, the Honorable Angela M. Lancelin presiding.

the Court stayed enforcement of the trial court's February 27, 2026 contempt order pending this Court's consideration of relator's petition.

We lift the stay imposed by our April 6, 2026 order and deny relator's Petition for Writ of Habeas Corpus or, Alternatively, Petition for Writ of Mandamus. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Rivas-Molloy and Guiney.